584 A.2d 216
STATE OF NEW JERSEY v. JOHN RILEY.

May 15, 1990.

Petition for certification denied.

584 A.2d 216
STATE OF NEW JERSEY v. WILLIAM WELKER.

May 15, 1990.

Petition for certification denied.

584 A.2d 217
STATE OF NEW JERSEY v. JOHN PELLEGRINO, JR.

May 15, 1990.

Petition for certification denied.

584 A.2d 217
STATE OF NEW JERSEY v. WILFREDO ZAYAS.

May 15, 1990.

Petition for certification denied.

584 A.2d 217
STATE OF NEW JERSEY v. GREGORY J. ROSE.

May 15, 1990.

Petition for certification denied. (See 237 *N.J.Super.* 511, 568 *A.*2d 545)